United States District Court
Southern District of Texas
**ENTERED**
April 28, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ROSAMARIA CASTELLANO, | § § § § | |
| Plaintiff, | | |
| VS. | § § § § § § | CIVIL ACTION NO. 2:22-CV-00038 |
| ALLENWOOD & ASSOCIATES, LLC, | | |
| Defendant. | | |

## FINAL JUDGMENT

Pursuant to Plaintiff's Notice of Voluntary Dismissal (D.E. 13), the Court enters final judgment dismissing this action without prejudice.

ORDERED on April 28, 2022.

*[signature]*
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE

1 / 1